UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TRUSTEES OF BOSTON UNIVERSITY,    )
         )
        Plaintiff,         )
         )     Civil Action No. 1:13-cv-11575
v.         )
         )
APPLE, INC.         )
         )
        Defendant.         )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Trustees of Boston University states that it does not have a parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY
By its attorney,

/s/ *Erik Paul Belt*
Erik Paul Belt, BBO #558620
ebelt@mccarter.com
Kelly A. Gabos, BBO #666219
kgabos@mccarter.com
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02210
Telephone: (617) 449-6506
Facsimile:  (617) 607-6035

*Of Counsel*

Michael W. Shore (Texas 18294915)
Alfonso Garcia Chan (Texas 24012408)
Eve Henson (Texas 00791462)
Andrew M. Howard (Texas 24059973)
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

Dated: July 2, 2013

## CERTIFICATE OF SERVICE

I certify that, on July 2, 2013, a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Erik Paul Belt*
Erik Paul Belt

ME1 15910174v.1