UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF BOSTON UNIVERSITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPLE, INC. )<br>)<br>Defendant. ) | Civil Action No. 1:13-cv-11575 |

### NOTICE OF APPEARANCE OF KELLY A. GABOS ON BEHALF OF PLAINTIFF

Please enter the appearance of Kelly A. Gabos of McCarter & English, LLP, 265 Franklin Street, Boston, MA 02110, tel. (617) 449-6546, fax (617) 607-9154, kgabos@mccarter.com, as counsel for plaintiff Trustees of Boston University.

        Respectfully submitted,

        TRUSTEES OF BOSTON UNIVERSITY,
        By its attorneys,

        /s/ *Kelly A. Gabos*
        Kelly A. Gabos, BBO # 666219
        McCarter & English, LLP
        265 Franklin Street
        Boston, MA  02110
        (617) 449-6546
        (617) 617-9154 (Facsimile)
        kgabos@mccarter.com

Dated: July 2, 2013

2

## CERTIFICATE OF SERVICE

     I certify that, on July 2, 2013, a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                      /s/ *Kelly A. Gabos*
                                                      Kelly A. Gabos

ME1 15910268v.1