**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TRUSTEES OF BOSTON UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>EVERLIGHT ELECTRONICS CO. LTD. ET AL.,<br><br>    Defendants. | C.A. No. 1:12-cv-11935-PBS |
| TRUSTEES OF BOSTON UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>SEOUL SEMICONDUCTOR, LTD. ET AL.,<br><br>    Defendants. | C.A. No. 1:12-cv-11938-PBS |
| TRUSTEES OF BOSTON UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>EPISTAR CORPORATION,<br><br>    Defendant. | C.A. No. 12-cv-12326-PBS |

| | |
|---|---|
| TRUSTEES OF BOSTON UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>LITE-ON, INC., ET AL.,<br><br>    Defendants. | C.A. No. 12-cv-12330-PBS |
| TRUSTEES OF BOSTON UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD. ET AL.,<br><br>    Defendants. | C.A. No. 13-cv-10659-PBS |
| TRUSTEES OF BOSTON UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>ARROW ELECTRONICS, INC., ET AL.,<br><br>    Defendants. | C.A. No. 13-cv-11105-PBS |
| TRUSTEES OF BOSTON UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | C.A. No. 13-cv-11097-PBS |

| | |
|---|---|
| TRUSTEES OF BOSTON UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>    Defendant. | C.A. No. 1:13-cv-11575-PBS |

**DEFENDANTS' RESPONSE TO TRUSTEES OF BOSTON UNIVERSITY'S<br>
<u>"CLAIM CONSTRUCTION NOTICE"</u>**

Defendants in the above-captioned cases (collectively, "Defendants") submit this joint response to Trustees of Boston University's ("Plaintiff's") "Claim Construction Notice" filed on September 18, 2013 ("Notice").[1]

Plaintiff's "Notice" has no basis in the Local Rules of the Court or in any scheduling proposal submitted by the parties. (*See* Global Joint Statement (filed Aug. 16, 2013), at 13).[2] Indeed, Plaintiff filed it months before the dates jointly proposed by the parties for opening claim construction briefs. (*See id.*) Insofar as Plaintiff's Notice can be read as requesting judicial action, it is premature and should be denied. Defendants reserve their rights to submit their substantive positions concerning claim construction in the formal claim construction process.

---

[1] Plaintiff filed such a Notice in several of the above-captioned cases. (*See* '935 litig. ECF No. 155; '938 litig. ECF No. 100; '659 litig. ECF No. 76; '105 litig. ECF No. 108; '097 litig. ECF No. 45; '575 litig. ECF No. 39.) Defendants read all such notices as identical in content.

[2] The Joint Statement was also filed in several of the above-captioned cases. (*See* '935 litig. ECF No. 142; '938 litig. ECF No. 92; '659 litig. ECF No. 56; '105 litig. ECF No. 97; '097 ECF No. 37; '575 litig. ECF No. 30.)

1

| | |
|---|---|
| Dated: September 27, 2013 | Respectfully submitted, |
| | |
| | EVERLIGHT ELECTRONICS CO., LTD. AND EVERLIGHT AMERICAS, INC. |
| | |
| | EPISTAR CORPORATION |
| | |
| | LITE-ON, INC., LITE-ON SERVICE USA, INC., LITE-ON TRADING USA, INC., AND LITE-ON TECHNOLOGY CORP. |
| | |
| | */s/ Ming-Tao Yang* |
| E. Robert Yoches (*pro hac vice*) | Christopher S. Schultz (BBO No. 630814) |
| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| 901 New York Avenue NW | Two Seaport Lane |
| Washington, DC 20001-4413 | Boston, MA 02210-2001 |
| Telephone:  (202) 408-4000 | Telephone:  (617) 646-1600 |
| Facsimile:   (202) 408-4400 | Facsimile:   (617) 646-1666 |
| bob.yoches@finnegan.com | christopher.schultz@finnegan.com |
| | |
| Ming-Tao Yang (*pro hac vice*) | |
| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | |
| 3300 Hillview Avenue | |
| Palo Alto, CA 94304-1203 | |
| Telephone:  (650) 849-6600 | |
| Facsimile:   (650) 849-6666 | |
| ming.yang@finnegan.com | |

SEOUL SEMICONDUCTOR CO., LTD.,
SEOUL SEMICONDUCTOR, INC., and
SEOUL OPTODEVICE CO., LTD.

*/s/ Vito J. DeBari*
Scott P. Lopez, BBO # 549556
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA  02210
Telephone: 617) 439-4990
Facsimile:  (617) 439-3987
splopez@lawson-weitzen.com

Vito J. DeBari (*pro hac vice*)
Jonathan S. Caplan (*pro hac vice*)
Aaron M. Frankel (*pro hac vice*)
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000
vdebari@kramerlevin.com
jcaplan@kramerlevin.com
afrankel@kramerlevin.com

Jennifer L. Jonak (*pro hac vice*)
JONAK PUGH
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (510) 501-6276
Facsimile:  (510) 201-2010
jenny@jonak.com

3

<table>
<tr><td></td><td>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG LED CO., LTD.,<br>SAMSUNG ELECTRO-MECHANICS CO., LTD.,<br>SAMSUNG ELECTRO-MECHANICS AMERICA, INC., and<br>SAMSUNG LED AMERICA, INC.</td></tr>
<tr><td>Robert T. Haslam (*pro hac vice*)<br>Kurt G. Calia (*pro hac vice*)<br>Covington & Burling LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800<br>rhaslam@cov.com<br>kcalia@cov.com<br><br>Jeffrey H. Lerner *(pro hac vice)*<br>David A. Garr *(pro hac vice)*<br>Chad P. Albert *(pro hac vice)*<br>Covington & Burling LLP<br>1201 Pennsylvania Ave. NW<br>Washington, DC 20004<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291<br>jlerner@cov.com<br>dgarr@cov.com<br>calbert@cov.com</td><td>*/s/ Daniel P. Tighe*<br>Daniel P. Tighe, BBO # 556583<br>Adam R. Doherty, BBO # 669499<br>Prince Lobel Tye, LLP<br>100 Cambridge Street, Suite 2200<br>Boston, MA 02114<br>Telephone: (617) 456-8000<br>Facsimile: (617) 456-8100<br>dtighe@princelobel.com<br>adoherty@princelobel.com</td></tr>
</table>

4

WEST\242811668.1

|  | NU HORIZONS ELECTRONICS LLC, ARROW ELECTRONICS, INC., COMPONENTSMAX, INC., and NRC ELECTRONICS, INC. |
|---|---|
| Robert T. Haslam *(pro hac vice)*<br>Kurt G. Calia *(pro hac vice)*<br>Covington & Burling LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800<br>rhaslam@cov.com<br>kcalia@cov.com<br>*Representing ComponentsMAX and NRC*<br><br>Jeffrey H. Lerner *(pro hac vice)*<br>David A. Garr *(pro hac vice)*<br>Chad P. Albert *(pro hac vice)*<br>Covington & Burling LLP<br>1201 Pennsylvania Ave. NW<br>Washington, DC 20004<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291<br>jlerner@cov.com<br>dgarr@cov.com<br>calbert@cov.com<br>*Representing ComponentsMAX and NRC*<br><br>John R. Posthumus (*pro hac vice*)<br>Sheridan Ross P.C.<br>1560 Broadway, Suite 1200<br>Denver, CO 80202<br>jposthumus@sheridanross.com<br>Telephone: (303) 863-9700<br>Facsimile: (303) 863-0223<br>*Representing Arrow and Nu Horizons* | */s/ Daniel P. Tighe*<br>Daniel P. Tighe, BBO # 556583<br>Adam R. Doherty, BBO # 669499<br>Prince Lobel Tye, LLP<br>100 Cambridge Street, Suite 2200<br>Boston, MA 02114<br>Telephone: (617) 456-8000<br>Facsimile: (617) 456-8100<br>dtighe@princelobel.com<br>adoherty@princelobel.com |

AMAZON.COM, INC.

*/s/ Kurt Glitzenstein*
Indranil Mukerji (BBO #644059)
FISH & RICHARDSON P.C.
1425 K St. NW, 11th Floor
Washington, DC 20005
Telephone:  (202) 783-5070
Facsimile:   (202) 783-2331
mukerji@fr.com

Kurt Glitzenstein (BBO # 565312)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Telephone:  (617) 542-5070
Facsimile:   (617) 542-8906
glitzenstein@fr.com

Robert Courtney (*pro hac vice*)
Phillip Goter (*pro hac vice*)
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth St.
Minneapolis, MN 55402
Telephone:  (612) 335-5070
Facsimile:   (612) 288-9696
courtney@fr.com
goter@fr.com

|  | APPLE INC. |
|---|---|
|  | */s/ Nicholas G. Papastavros* |
| Mark D. Fowler (*pro hac vice*) | Nicholas G. Papastavros, BBO # 635742 |
| Summer Krause (*pro hac vice*) | Maya P. Choksi, BBO # 679861 |
| DLA PIPER LLP (US) | DLA Piper LLP (US) |
| 2000 University Avenue | 33 Arch Street, 26th Floor |
| East Palo Alto, CA  94303-2215 | Boston, MA 02110-1447 |
| Telephone: (650) 833.2000 | Telephone:  (617) 406-6000 |
| Facsimile:  (650).833.2001 | Facsimile:   (617) 406-6119 |
| mark.fowler@dlapiper.com | nick.papastavros@dlapiper.com |
| summer.krause@dlapiper.com | maya.choksi@dlapiper.com |
| Gerald T. Sekimura (*pro hac vice*) |  |
| Stephanie Wang (*pro hac vice*) |  |
| DLA PIPER LLP (US) |  |
| 555 Mission Street, Suite 2400 |  |
| San Francisco, CA  94105 |  |
| Telephone:  (415) 836.2500 |  |
| Facsimile:   (415) 836.2501 |  |
| gerald.sekimura@dlapiper.com |  |
| stephanie.wang@dlapiper.com |  |

7

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 27, 2013.

*/s/ Nicholas G. Papastavros*