IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF BOSTON UNIVERSITY,<br>    *Plaintiff,*<br>        vs.<br>APPLE INC.,<br>    *Defendant*. | Civil Action No. 13-cv-11575-PBS |

## JOINT MOTION TO DISMISS

Plaintiff Trustees of Boston University ("Plaintiff") and Defendant Apple, Inc., ("Defendant") have settled Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to Dismiss Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: January 14, 2014                         Respectfully submitted,

                                                TRUSTEES OF BOSTON UNIVERSITY

                                                */s/ Michael W. Shore*
                                                Erik Paul Belt, BBO #558620
                                                EBelt@mccarter.com
                                                Kelly A. Gabos, BBO #666219
                                                kgabos@mccarter.com
                                                McCarter & English, LLP
                                                265 Franklin Street
                                                Boston, Massachusetts 02110
                                                Telephone: (617) 449-6506
                                                Facsimile:  (617) 607-6035

                                                Michael W. Shore (Texas 18294915)
                                                mshore@shorechan.com
                                                Alfonso Garcia Chan (Texas 24012408)
                                                achan@shorechan.com
                                                Russell J. DePalma (Texas 00795318)
                                                rdepalma@shorechan.com
                                                Andrew M. Howard (Texas 24059973)
                                                ahoward@shorechan.com
                                                Christopher L. Evans (Texas 24058901)
                                                cevans@shorechan.com
                                                SHORE CHAN DEPUMPO LLP
                                                901 Main Street, Suite 3300
                                                Dallas, Texas 75202
                                                Telephone: (214) 593-9110
                                                Facsimile: (214) 593-9111

APPLE INC.

*/s/ Mark D. Fowler*
Nicholas G. Papastavros, BBO # 635742
Maya P. Choksi, BBO # 679861
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6000
Facsimile: 617.406.6119
nick.papastavros@dlapiper.com
maya.choksi@dlapiper.com

Mark D. Fowler (*pro hac vice*)
Summer Krause (*pro hac vice*)
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Telephone: 650.833.2000
Facsimile: 650.833.2001
mark.fowler@dlapiper.com
summer.krause@dlapiper.com

Gerald T. Sekimura (*pro hac vice*)
Stephanie Wang (*pro hac vice*)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: 415.836.2500
Facsimile: 415.836.2501
gerald.sekimura@dlapiper.com
Stephanie.wang@dlapiper.com